\*\*E-Filed 1/12/06\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH LONGACRE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>GAIL LEWIS, Warden, Pleasant Valley State Prison,<br><br>　　　　　Respondent. | Case Number C 03-03232 JF<br><br>ORDER[1] GRANTING MOTION TO STRIKE TRAVERSE AND HOLD AMENDED PETITION IN ABEYANCE<br><br>[Docket No. 64] |

　　　　On April 6, 2005, Petitioner's prior counsel, Robert Valencia ("Valencia"), filed a traverse in the instant habeas corpus action. Petitioner alleges that the traverse was filed without his knowledge or consent. On October 19, 2005, with the assistance of new counsel, Petitioner moved to strike the traverse and hold his amended petition in abeyance pending return to state court to exhaust unexhausted claims. On November 7, 2005, Respondent filed opposition, arguing that Petitioner has not shown good cause to allow him to exhaust his claims.

　　　　On December 12, 2005, this Court issued an order detailing the relevant procedural

---

[1] This disposition is not designated for publication and may not be cited.

1  history and the legal and factual arguments of the parties.  The Court directed Valencia to submit
2  a declaration.  Having received and reviewed the declaration, the Court concludes that there was
3  good cause for the Petitioner's failure to exhaust his claims in state court.  *Rhines v. Weber*, 125
4  S.Ct. 1528, 1535 (2005) ("[S]tay and abeyance is only appropriate when the district court
5  determines there was good cause for the petitioner's failure to exhaust his claims first in state
6  court.").  Accordingly, the Court will strike the traverse and hold the amended petition in
7  abeyance in order that Petitioner may return to state court to exhaust unexhausted claims.
8      IT IS SO ORDERED.

11 DATED:  January 12, 2006

14     /s/ electronic signature authorized
    JEREMY FOGEL
    United States District Judge

1 | This Order has been served upon the following persons:

2 | Glenn R. Pruden     glenn.pruden@doj.ca.gov, DocketingSFAWT@doj.ca.gov

3 | John R. Vance, Jr     john.vance@doj.ca.gov, DocketingSFAWT@doj.ca.gov;
josephine.espinosa@doj.ca.gov; ecfcoordinator@doj.ca.gov

4

5 | Robert R. Anderson, Gerald A. Engler, & Bill Lockyer
CA State Attorney General's Office
6 | 455 Golden Gate Avenue
Suite 11000
7 | San Francisco, CA 94102-7004

8 | Robert Earl McCann
Sanders & Associates
9 | 3960 Industrial Blvd
Suite 100
10 | West Sacramento, CA 95691

3

Case No. C 03-03232 JF
ORDER GRANTING MOTION TO STRIKE TRAVERSE AND HOLD AMENDED PETITION IN ABEYANCE
(JFLC1)