\*\*E-Filed 1/24/2007\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH LONGACRE,<br><br>               Petitioner,<br><br>   v.<br><br>GAIL LEWIS, Warden,<br><br>               Respondent. | Case Number C 03-3232 JF<br><br>ORDER[1] GRANTING REQUEST FOR JUDICIAL NOTICE AND SETTING BRIEFING SCHEDULE<br><br>[re: docket no. 71] |

      On January 12, 2006, the Court issued an order striking the traverse and holding the amended petition in abeyance in order that Petitioner might return to state court to exhaust unexhausted claims. On January 4, 2007, Petitioner returned to the Court and moved for judicial notice of the habeas corpus petition filed in the California Supreme Court and the order denying that petition. The Court will grant the motion for judicial notice.

      Petitioner also moves for an order establishing a briefing schedule for the case. Petitioner states in his motion that he "is happy with the original habeas corpus petition. It raise[s] all issues he seeks to raise . . . ." Motion 4. Accordingly, the Court shall consider as operative the

---

[1] This disposition is not designated for publication and may not be cited.

1  original petition, filed July 11, 2003.  The parties shall proceed with the briefing of this case
2  according to the Court's standard schedule as if the original petition were filed on the date of this
3  order.

5  IT IS SO ORDERED.

8  DATED: January 24, 2007.

_____
JEREMY FOGEL
United States District Judge

2

Case No. C 03-3232 JF
ORDER GRANTING REQUEST FOR JUDICIAL NOTICE AND SETTING BRIEFING SCHEDULE
(JFLC1)

1  This Order has been served upon the following persons:

2  Glenn R. Pruden       glenn.pruden@doj.ca.gov, DocketingSFAWT@doj.ca.gov

3  John R. Vance , Jr    john.vance@doj.ca.gov, DocketingSFAWT@doj.ca.gov;
                                 josephine.espinosa@doj.ca.gov; ecfcoordinator@doj.ca.gov

4

5  Notice will be delivered by other means to:

6  Robert R. Anderson
   Attorney at Law
   6702 E Holly St
7  Suite 11000
   Scottsdale, AZ 85257-2524

8

9  Gerald A. Engler
   Supervising Deputy Attorney General
   455 Golden Gate Avenue
10  Suite 11000
    San Francisco, CA 94102-7004

11

12  Bill Lockyer
    CA State Attorney General's Office
    455 Golden Gate Avenue
13  Suite 11000
    San Francisco, CA 94102

14

15  Robert Earl McCann
    Sanders & Associates
    3960 Industrial Blvd
16  Suite 100
    West Sacramento, CA 95691

17

18

19

20

21

22

23

24

25

26

27

28