**E-filed 4/11/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KENNETH A. LONGACRE,**<br><br>                              Petitioner,<br><br>     v.<br><br>**GAIL LEWIS, Warden,**<br><br>                              Respondent. | C 033232<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until, to and including May 9, 2007, to file an answer to order to show cause.

Dated:  ___4/6/07_____             _____
                                          The Honorable Jeremy Fogel

Order                                                      Kenneth A. Longacre v. Gail Lewis, Warden
                                                                                 Case No. C 033232

1