**E-filed 5/8/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **KENNETH A. LONGACRE,**<br><br>Petitioner,<br><br>v.<br><br>**GAIL LEWIS, Warden,**<br><br>Respondent. | C 033232<br><br>**ORDER** |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent may file a

memorandum of points and authorities 47 pages or less pages long in support of its Answer to

Order to Show Cause.

Dated: _____5/7/07_____

                                    _____
                                    The Honorable Jeremy Fogel