**E-filed 5/22/07**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LONGACRE, | ) Case No. C 03 3232 JF (PR) |
| Petitioner, | ) [PROPOSED] ORDER |
| v | ) |
| GAIL LEWIS, Warden, | ) |
| Respondent. | ) |

GOOD CAUSE APPEARING it is hereby ordered that petitioner may have until, to and including, July 2, 2007, to file his Traverse in the above-entitled case.

Dated: 5/22/06

The Honorable Jeremy Fogel